**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Patrick Campbell v. The State of Texas

Appellate case number:       01-20-00494-CR

Trial court case number:      10-CR-3689

Trial court:                          122nd District Court of Galveston County

After obtaining extensions from this Court, appellant, Patrick Campbell's deadline to file his appellant's brief was September 6, 2021. However, on August 31, 2021, Campbell filed his third motion for extension of time, requesting a thirty-day extension to file his brief. In the motion, Campbell represents that the extension is necessary because counsel is in "need of additional time to discuss the underlying Chapter 64 [m]otion and [a]ppeal with the Galveston [County] District Attorney's Office and complete [Campbell's] brief due to recently receiving" various reports related to Campbell's Chapter 64 motion and appeal.

However, on September 8, 2021, Campbell filed his appellant's brief with this Court. Accordingly, Campbell's third motion for extension of time to file his brief is **dismissed as moot**.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                          ☑ Acting individually      ☐ Acting for the Court

Date:   __September 14, 2021_____